IN the INTEREST OF:
D.M.C.S., a Minor

**226 MDA 2017**

Superior Court of Pennsylvania.

06/27/2017

1802 of 2015 (Lancaster)

Affirmed

COM.

v.

**FLEEGLE, D.**

**434 WDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–56–SA–0000002–2015, (Somerset)

Affirmed

COM.

v.

**CIOPPA, M.**

**958 WDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–02–CR–0001617–2015

(Allegheny)

Affirmed

**LSF9 MASTER PARTICIPATION**

v.

**EHRENSBERGER, T.**

**1239 WDA 2016**

Superior Court of Pennsylvania.

06/27/2017

GD–10–012424

(Allegheny)

Appeal Dismissed

COM.

v.

**LANNING, M.**

**1761 WDA 2016**

Superior Court of Pennsylvania.

06/27/2017

CP–25–CR–0001679–2016

(Erie)

Quashed

